**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**RODNEY JOSEPH HAAG,**                                                                          **PLAINTIFF**
**ADC # 141760**

**V.**                               **No. 4:10CV01972-DPM-BD**

**SANDRY TRUAX,** *et al.*                                                                       **DEFENDANTS**

**RECOMMENDED DISPOSITION**

**I.**   **Procedure for Filing Objections**:

The following recommended disposition has been sent to United States District Court Judge D. P. Marshall Jr.  Any party may serve and file written objections to this recommendation.  Objections should be specific and should include the factual or legal basis for the objection.  If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.  An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this Recommended Disposition.  A copy will be furnished to the opposing party.  Failure to file timely objections may result in waiver of the right to appeal questions of fact.

Mail your objections and "Statement of Necessity" to:

>   Clerk, United States District Court
>   Eastern District of Arkansas
>   600 West Capitol Avenue, Suite A149
>   Little Rock, AR 72201-3325

**II.      Background**:

On November 30, 2010, Rodney Joseph Haag, an inmate at the North Central Unit of the Arkansas Department of Correction, filed this lawsuit pro se under 42 U.S.C. § 1983.  (Docket entry #2)  In addition, Mr. Haag filed a motion for leave to proceed *in forma pauperis*.  (#1)  Because the motion was incomplete, Mr. Haag was ordered to file a new application for leave to proceed *in forma pauperis,* or pay the $350 filing fee, within thirty days.  (#3)

In his Complaint, Plaintiff stated that his release date is incorrect and that he should have been provided credit for time served.  He also requested money damages.  It was not clear from the Complaint, therefore, whether the lawsuit was a conditions-of-confinement case under 42 U.S.C. § 1983 or a habeas corpus action under 28 U.S.C. § 2254.  For that reason, Mr. Haag was ordered to file an amended complaint or petition for writ of habeas corpus within thirty days of the Order, clarifying the type of action he was pursuing and requesting the appropriate relief.

A review of the docket indicates Plaintiff filed a Petition for Writ of Habeas Corpus, and a motion for leave to proceed *in forma pauperis*, on December 27, 2010, in Case Number 5:10CV00370-JMM-JJV.  Plaintiff's motion for leave to proceed *in forma pauperis* was granted and his petition was served.  The Arkansas Attorney General's Office has responded to the Petition.

**III.     Conclusion**:

The Court recommends that the District Court dismiss the complaint in this case without prejudice since Plaintiff is pursuing his claim in the new habeas case.

DATED this 31st day of January, 2011.

_____
UNITED STATES MAGISTRATE JUDGE