IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RODNEY JOSEPH HAAG
ADC #141760                                                                                    PLAINTIFF

v.                           Case No. 4:10-cv-1972-DPM

SANDRY TRUAX and DOE                                                              DEFENDANTS

ORDER

The Court has considered Magistrate Judge Beth Deere's Recommended Disposition, *Document No. 5*, and Rodney Haag's objections, *Document Nos. 7, 8, & 9*. After conducting a *de novo* review, the Court adopts Judge Deere's recommended disposition as its own. FED. R. CIV. P. 72(b)(3). Haag's case is dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

16 March 11